Delfina **TOLENTIN DE HERNANDEZ,**
Petitioner,

v.

Alberto R. **GONZALES, Attorney**
General, Respondent.

No. 06–72427.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 23, 2007.

Dario Aguirre, Esq., Aguirre Law Group A.P.C., San Diego, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Kathryn Moore, Esq., U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Delfina Tolentin de Hernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's order finding her removable for engaging in alien smuggling. We dismiss the petition for review.

We lack jurisdiction to review the sole contention in Tolentin de Hernandez's petition for review that the government violated 8 C.F.R. § 287.3 because she failed to exhaust her administrative remedies as to that claim. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (explaining that this court lacks jurisdiction to review procedural due process claims not raised before the agency).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.